IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | NO:   MO:19-CR-00031 (01) |
| LAMAR LEON MOORE | § | |

### ORDER

Before the Court is the Defendant's Motion for Sentence Reduction Under 18 U.S.C. § 3582(c)(1)(A) (Doc. 48) filed December 7, 2020, the Defendant's Supplement to his Motion to Reduce Sentence (Docs. 49 and 51), and the Government's Response to the Defendant's Motion for Sentence Reduction Under 18 U.S.C. § 3582(c)(1)(A) (Doc. 52) filed January 23, 2021. After considering the applicable factors provided in 18 U.S.C. § 3553(a) and the applicable policy statements issued by the Sentencing Commission, as well as taking into consideration the Defendant's criminal activity while incarcerated, the Court **DENIES** the Defendant's Motions on its merits. Accordingly,

It is **ORDERED** the Defendant's Motion for Sentence Reduction Under 18 U.S.C. § 3582(c)(1)(A) (Docs 48, 49 and 51) are **DENIED.**

It is so **ORDERED**.

SIGNED this 25th day of January, 2021.

DAVID COUNTS
UNITED STATES DISTRICT JUDGE